OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

8/3/2015
BAKER, JAMES ESTES III   Tr. Ct. No. 207356-E          WR-11,116-1

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

R.T.S.

No longer
@ this facility

JAMES ESTES BAKER III
SOUTH TEXAS ISF - TDC #240439
1511 PRESTON
HOUSTON, TX 77002

N S N